**DeAngelo Marine Exhaust, Inc.**
3330 S.W. 2nd Avenue
Fort Lauderdale, Florida 33315
(954) 763-3005
FAX (954) 763-6845
www.deangelomarine.com

# INVOICE

Date: 03/24/14  Inv. No.: 050405
Due Date: 03/24/14  Page No.: 1

BILL TO: 6497
M/Y RENA
325 CLEMATIS ST #406
WEST PALM BCH  FL 33401
954-261-4938

SHIP TO: SAME
M/Y RENA
325 CLEMATIS ST #406
WEST PALM BCH  FL 33401
954-261-4938

| SHIP VIA | P.O. # | TERMS | TAX CODE | OUR # | SALES REP |
|---|---|---|---|---|---|
| SERVICE | | CREDIT CARD | 6 | 032916 | FQS |

| DESCRIPTION / ITEM NUMBER | ORDERED / UNIT MEASURED | SHIPPED / BACKORDERED | UNIT PRICE / ITEM DISCOUNT | EXTENDED PRICE |
|---|---|---|---|---|
| PNEUMATIC AIR KNIFE | 4.0 | 4.0 | 405.00 | |
| P-MATL | EA | 0.0 | | 1620.00 |
| DPF FILTER CLEANING. | | | | |
| WO# 032916-001 | | | | |
| SHIPPER 037140 | | | | |
| 9 HOUR THERMAL BAKE AT 600C | 4.0 | 4.0 | 270.00 | |
| P-MATL | EA | 0.0 | | 1080.00 |
| FOR EACH DPF FILTER UNIT. | | | | |
| WO# 032916-002 | | | | |
| SHIPPER 037140 | | | | |

LATE FEES 1.5%/MTHLY, RETURNED STOCK INCUR 15% FEE

| | |
|---|---|
| SUBTOTAL | 2700.00 |
| TAX | 162.00 |
| FREIGHT | .00 |
| LESS DEPOSIT | .00 |
| NET TO PAY | 2862.00 |

# Invoice

**Kleen Exhaust Inc.**

#3321 S.Andrews Ave. Bay 30
Ft.Lauderdale, FL 33316

| Date | Invoice # |
|---|---|
| 3/26/2014 | 458 |

| Bill To |
|---|
| Ken Bracewell |

| P.O. Number | Terms | Due Date |
|---|---|---|
|  | Due on receipt | 3/26/2014 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | DPF Stage 1 | Pneumatic air knife | 300.00 | 1,200.00 |
| 4 | DPF Stage 2 | 9 hour thermal bake @ 600c | 200.00 | 800.00 |
|  |  | *Will pick up after April 7th* |  |  |

|  |  |
|---|---|
| Sales Tax (7.0%) | $0.00 |
| **Total** | $2,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,000.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 954-355-4300 | 954-463-3347 | jason@kleen-exhaust.com | www.kleen-exhaust.com |

| M/Y Rena Generator oil change cost (Per engine) | | |
|---|---|---|
| Item | Amount | Cost |
| Shell Rotela T 15W-40 | 6 Gallons | $ 107.94 |
| Oil filter | 1 | $ 22.95 |
| Oil sample | 1 | $ 23.53 |
| TBN Test | 1 | $ 21.70 |
| Racor Primary fuel Filter | 1 | $ 12.49 |
| Subtotal | | $ 188.61 |
| Sales Tax 6% | | $ 11.32 |
| Total | | $ 199.93 |
| M/Y Rena Main Engine Fuel Filter change and Oil analysis (Per engine) | | |
| Secondary Fuel filter | 5 | $ 111.70 |
| Racor Primary fuel filter | 2 | $ 24.98 |
| Oil Sample | 1 | $ 23.53 |
| TBN Test | 1 | $ 21.70 |
| Subtotal | | $ 181.91 |
| Sales Tax 6% | | $ 10.91 |
| Total | | $ 192.82 |
| M/Y Rena Main Engine Oil Change Cost (Per engine) | | |
| Shell Rotella T 15W-40 Bulk cost including tax $12.63 | 165 Gallons | $ 2,083.95 |
| Oil Filters | 4 | $ 157.00 |
| Sales Tax 6.25 % on oil filters only | | $ 9.81 |
| Total | | $ 2,250.76 |



# Service

## QUOTATION/AGREEMENT                             QUOTATION #: 23157

**Date: March 19, 2014**

### Customer Information:

| | | | |
|---|---|---|---|
| **Customer Name:** | M/Y RENA | **Contact Name:** | KEN / ANDREW |
| **Street Address:** | 325 CLEMATIS ST #406 | **Phone Number:** | 954-261-4938 / 954-854-5845 |
| **City, State, Zip:** | WEST PALM BCH, FL 33401 | **Fax Number:** | |
| **Country:** | | **Email address:** | kenbracewell@aol.com |

### Vessel Information:

| | | | |
|---|---|---|---|
| **Make:** | FEADSHIP | **Name:** | M/Y RENA |
| **Model:** | | **Year Built:** | 1989 |
| **Length:** | 145' | **HIN:** | |
| **Engines:** | CAT 3508   Gens:NL   KW's:99 | **BHP:** | **RPM'S:** |

**Quotation valid until:** April 19, 2014

Thank you for the opportunity to quote on your exhaust system requirements.

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 4 | P-MATL-DPF CATALYST SOOT FILTER | $8,500.00 | $34,000.00 |
| 4 | FABRICATE-HOUSING FOR FILTERS 316L MATERIAL CONSTRUCTION PURGE WELD AND MATTE FINISH. | $0.00 | $0.00 |
| 4 | FT-FREIGHT CHARGES | $0.00 | $0.00 |
| | | SUB TOTAL | $34,000.00 |
| 1 | FLORIDA SALES TAX 6% | $2,040.00 | $2,040.00 |
| | | TOTAL | $36,040.00 |

Components and prices are subject to change upon further engineering definition. This quotation/agreement is strictly limited to the above-described scope of work. **All service jobs are quoted as time and material. Time begins counting from DME business location to customer/vessel location. Mileage is charged at $3.50 per mile.**

DeAngelo Marine Exhaust, Inc. = DME

**Delivery: FOB DME Factory, Ft. Lauderdale, Florida, USA. Title to the merchandise transfers to customer upon delivery to vessel.** Inspect all merchandise for damage or shortage upon receipt. Claims for shortages must be received by DME within 10 days of receipt of goods.

**DeAngelo Marine Exhaust, Inc.**
3330 S.W. 2nd Avenue
Fort Lauderdale, Florida 33315
(954) 763-3005
FAX (954) 763-6845
www.deangelomarine.com

# INVOICE

Date: 10/22/14
Due Date: 11/06/14
Inv. No.: 051693
Page No.: 1

BILL TO:
6497
M/Y RENA
325 CLEMATIS ST #406
WEST PALM BCH   FL 33401
954-261-4938

SHIP TO: SAME
M/Y RENA
325 CLEMATIS ST #406
WEST PALM BCH   FL 33401
954-261-4938

SHIP VIA: C/P
P.O. #:
TERMS: C.O.D.
TAX CODE: 6
OUR #: 033826
SALES REP: FQ

| DESCRIPTION / ITEM NUMBER | ORDERED / UNIT MEASURED | SHIPPED / BACKORDERED | UNIT PRICE / ITEM DISCOUNT | EXTENDED PRICE |
|---|---|---|---|---|
| PNEUMATIC AIR KNIFE<br>P-MATL<br>WO# 033826-001<br>SHIPPER 038069 | 4.0<br>EA | 4.0<br>0.0 | 417.00 | 1668.00 |
| 9 HOUR THERMAL BAKE AT 600C<br>P-MATL<br>WO# 033826-002<br>SHIPPER 038069 | 4.0<br>EA | 4.0<br>0.0 | 278.00 | 1112.00 |
| 1/8" TANG MATERIAL<br>GASKET<br>   AS PER FILTER FLANGE FACE.<br>WO# 033826-003<br>SHIPPER 038069 | 8.0<br>EA | 8.0<br>0.0 | 175.00 | 1400.00 |

LATE FEES 1.5%/MTHLY, RETURNED STOCK INCUR 15% FEE

SUBTOTAL        4180.00
TAX              250.80
FREIGHT             .00
LESS DEPOSIT        .00
                4430.80